AO 91 (Rev. 11/11) Criminal Complaint                                             AUSA Martinez

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| John W. Wooden | ) Case No. 2:22-mj-119 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 18, 2022__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Gill, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 21, 2022

City and state: Columbus, Ohio

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge

14. Based upon the facts set forth in this Affidavit, there is probable cause to believe that John W. Wooden, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and said firearm was in and affecting interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

Respectfully submitted,

Thomas Gill
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on ___February 21st___, 2022.

Elizabeth A. Preston Deavers
United States Magistrate Judge

4

# Affidavit in Support of Criminal Complaint

I, Thomas J. Gill, being duly sworn, do depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Columbus Resident Agency for the Southern District of Ohio, Eastern Division, where I have been assigned for more than 25 years. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. During my 25 years as a Special Agent with the FBI, I have been assigned to work on various types of investigations, including narcotics offenses, gang investigations, money laundering, violent crime, and terrorism. I have experience in the execution of search warrants and the debriefing of defendants, witnesses, informants and other persons who have knowledge of amassing, spending, converting, transporting, distributing, laundering and concealing the proceeds of narcotics trafficking and other illegal activities. I have experience in the use of sophisticated investigative techniques to include electronic surveillance, GPS tracking devices, telephone tracking, and wire taps.

3. As a result of my personal participation in this investigation, as well as information provided to me by other federal and state law enforcement officers, I am familiar with the information submitted in this Affidavit. This Affidavit is being submitted for the limited purpose of requesting the issuance of a Criminal Complaint and Arrest Warrant for John W. Wooden for being a convicted felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Accordingly, I have not included each and every fact known to me concerning this investigation.

4. On or about April 8, 2010, in the Southern District of Ohio (Case No. 2:09-CR-081), Wooden was sentenced to a total of 204 months of imprisonment and 3 years of supervised release after pleading guilty to one count of Hobbs Act robbery, in violation of 18 U.S.C. § 1951, and one count of brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). The plea agreement that Wooden signed indicated that the

1

penalty for the robbery offense was a term of imprisonment of up to 20 years and the penalty for the firearms offense was a term of imprisonment of at least 7 years (to be served consecutively).

5. On or about March 2, 2021, Wooden was released from the custody of the Bureau of Prisons. He is currently serving his term of supervised release.

6. During the course of a homicide investigation, Wooden was identified as a possible suspect. Investigators identified 96 N. Guilford Street, Columbus, Ohio as the location where Wooden was living. Wooden was seen coming and going from this residence on several occasions. Another reliable source of information indicated that as recently as February 15, 2022, Wooden resided at 96 N. Guilford Street, Columbus, Ohio.

7. On February 18, 2022, at approximately 6:00 am, the Columbus Division of Police SWAT Team executed a judicially authorized Franklin County search warrant at 96 N. Guilford Street, Columbus, Ohio. While executing the search warrant, SWAT officers encountered the lone adult occupant of the residence, Witness #1. Witness #1 advised that her three children, and no one else, were inside the residence. Witness #1 also advised that she possessed a firearm which was under the mattress in her bedroom.

8. While SWAT officers were clearing the residence, they located a Remington shotgun model 870 in the basement near an air mattress on the floor. Spread out on the basement floor were men's clothing and men's shoes. In addition, officers located a Ruger .380 caliber pistol inside a plastic basket on a rack in the kitchen. The pistol was concealed under women's panties in the basket. It was loaded with seven rounds of ammunition.

9. While investigators were searching the residence, Wooden was dropped off in front of the residence. Wooden walked up the sidewalk to the front porch. Wooden was taken into custody without incident.

10. During an interview with Witness #1, investigators learned that Witness #1 and Wooden had previously been in a relationship, but were no longer together. Wooden was living

2

in the basement at 96 N. Guilford. Witness #1 stated that the firearm in her bedroom belonged to her. Witness #1 was aware of the shotgun found in the basement but was not aware of the .380 caliber pistol found in the kitchen. Witness #1 stated that Wooden frequently carried a small gun. The pistol located in the kitchen was small.

11. Wooden was prohibited from possessing a firearm based upon his prior convictions for Hobbs Act robbery and brandishing a firearm during and in relation to a crime of violence, respectively. Each offense is punishable by a term of imprisonment exceeding one year.

12. On February 18, 2022, I spoke to ATF Special Agent James Bajus regarding the Remington shotgun and the Ruger .380 caliber pistol seized from Wooden's residence. It was determined that those firearms were manufactured outside the State of Ohio and therefore travelled in interstate or foreign commerce to reach Ohio.

13. The aforementioned events occurred in Franklin County, Ohio, in the Southern District of Ohio.