UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. WOODEN<br><br>Defendant. | CASE NO. 2:22-mj-119<br><br>MAGISTRATE JUDGE DEAVERS |

**GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court granted herein, the Criminal Complaint against Defendant John W. Wooden (Doc. #1) is hereby dismissed without prejudice. After conferring with the Franklin County Prosecutor's Office, the government has concluded that alternatives to federal prosecution are available and dismissal at this time would best serve the interests of justice.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/ Brian J. Martinez
BRIAN J. MARTINEZ (CA 224587)
KEVIN W. KELLEY (0042406)
Assistant United States Attorneys
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office:  (614) 469-5715
E-mail:  Brian.Martinez2@usdoj.gov
         Kevin.Kelley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss Criminal Complaint was filed through the Court's ECF system and served upon Kevin Durkin, counsel of record for the defendant, this 21st day of March 2022.

    s/ Brian J. Martinez
    BRIAN J. MARTINEZ (CA 224587)
    Assistant United States Attorney