# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. WOODEN<br><br>Defendant. | CASE NO. 2:22-mj-119<br><br>MAGISTRATE JUDGE DEAVERS |

## ORDER

Upon application and for good cause shown, the United States Attorney is hereby granted leave to dismiss without prejudice the Criminal Complaint filed against Defendant John W. Wooden.  A certified copy of this Order shall be the authority of the United States Marshal and other persons concerned to act in the premises.

*s/Elizabeth A. Preston Deavers*
HON. ELIZABETH PRESTON DEAVERS
United States Magistrate Judge

Date:  March 22, 2022